E-FILED
Thursday, 23 December, 2021 01:54:12 PM
Clerk, U.S. District Court, ILCD

FILED

NOV 17 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

The person of Kyler Saulsberry, with the date of birth of
December 17, 1995

)
)
)
)
)
)

Case No. 21- MJ-7141

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A

located in the _____ Central _____ District of _____ Illinois _____, there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1951 | Obstruction of commerce by robbery |

The application is based on these facts:

See affidavit of FBI Special Agent Ryan McElroy

- ☐ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Ryan McElroy

_____
*Applicant's signature*

Ryan McElroy, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ *(specify reliable electronic means)*

s/Eric I. Long

Date: 11/17/2021

City and state: Urbana, IL

_____
*Judge's signature*

Hon. Eric I. Long, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Ryan McElroy, being first duly sworn on oath, state the following:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been continuously employed as such since January of 2019. I am currently assigned to the Springfield, Illinois Division. My duties as a Special Agent with the FBI include investigating violent crimes such as armed robberies, carjackings, bank robberies, and violent criminal enterprises. I have gained experience in the conduct of such investigations through previous case investigations, formal training, and in consultation with law enforcement partners in local, state, and federal law enforcement agencies.

2.      This affidavit is in support of a search warrant pursuant to Rule 41 of the Federal Rules of Criminal Procedure to search the person of KYLER C. SAULSBERRY (DOB 12/17/1995), more particularly described in Attachment A, and seize hair and DNA samples from KYLER C. SAULSBERRY, specifically those item(s) set forth in Attachment B of this affidavit, as evidence of violations of Title 18, United States Code, Section 1951 (obstruction of commerce by robbery).

3.      The statements of this affidavit are based on my own investigation as well as information provided to me by other law enforcement officers and my own experience, training and background as a Special Agent with the FBI.

4.      Because this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe violations of 18 U.S.C. § 1951 have been committed, and there

is probable cause to search the person of KYLER C. SAULSBERRY as set forth in attachment A for evidence or instrumentalities of these crimes as set forth in Attachment B.

## PARTICULAR THINGS TO BE SEIZED

5.     The person to be searched is identified as KYLER C. SAULSBERRY with a date of birth of December 17, 1995, as described in Attachment A. The applied-for warrant would authorize the collection of hair and DNA samples from KYLER C. SAULSBERRY as described in Attachment B.

## PROBABLE CAUSE

6.  ·     On October 11, 2019, at approximately 7:46 p.m., the Bradley Police Department (BPD) was dispatched to 2024 N. State Route 50, Bourbonnais, Illinois 60914 (T-Mobile cell phone store) for a hold-up alarm. After receiving the dispatch call, law enforcement located a black 2007 Chevrolet Impala bearing Illinois registration "Q8389788" within a short timeframe and near the location in which BPD received the hold-up alarm. Law enforcement observed the vehicle driving erratically in a residential neighborhood and began to follow the vehicle south on Cardinal Drive (2000 E. Road). The Chevrolet Impala struck another vehicle from behind in the area of Hobbie Avenue and Fair Street in Kankakee, Illinois. The occupants of the Chevrolet Impala the fled from the scene of the accident.

7.     Investigators interviewed employees working at the T-Mobile store during the armed robbery. Victim Employee 1 (VE1) stated two (2) black male suspects entered the front door of the business with what appeared to be a handgun and ordered VE1,

Victim Employee 2 (VE2), and a Victim Customer (VC) to the back room of the store. VE1 stated the two (2) offenders ordered everyone to the floor and tied the victims' hands behind their backs with nylon fasteners (zip ties). VE1 stated one suspect was wearing a red sweatshirt and the other suspect was wearing a gray sweatshirt. VE1 stated several cellular phones and watches were taken from the T-Mobile store including a cellphone that was later identified as having a tracking device inside.

8.      Investigators interviewed VE2 who observed one of the offenders wearing what appeared to be a camouflage patterned bandana-style covering over the facial area and the other offender was wearing what appeared to be a white ski-type mask over his face. VE2 stated the first offender pointed what appeared to be a firearm at VE2 and ordered VE2 to the back room of the store. VE2 also stated the offenders took VE2's vehicle keys and store keys to unlock the back door and fled from the scene with them.

9.      Investigators later observed the T-Mobile video surveillance cameras provided by T-Mobile employees and confirmed the clothing description and activities matched that which was described by VE1 during their statement. Review of the surveillance video also showed the subject wearing a gray hooded sweatshirt remove a large black bag from underneath the hooded sweatshirt.

10.      Law enforcement photographed the 2007 Chevrolet Impala at the scene of the accident and later towed and secured the vehicle in the BPD garage. Law enforcement followed the vehicle as it was towed back to the BPD garage.

11.      Investigators confirmed the cellphone which contained a tracking device was activated and being tracked as it left the store. The final location of the tracking

device corresponded with the movement and the final location of the 2007 Chevrolet Impala. Investigators looked through the windows of the vehicle once it was towed to the BPD garage and observed several unopened cellular phones and watches with what appeared to be Apple logos on them, a red sweatshirt, and camouflaged-patterned bandana article of clothing inside the vehicle. Investigators also observed that the license plate on the vehicle (Illinois registration "Q8389788") did not return back to the VIN# of the vehicle which displayed "2G1WT58K679346857." The license plate on the vehicle appeared to have heavy tape covering it. Investigators also observed a cellular phone with a green-blueish colored case on the passenger compartment floorboard of the vehicle. Investigators heard and saw the cellular phone ringing several times.

12.     On October 15, 2019, a state search warrant was issued by the Kankakee County Circuit Court for the 2007 Chevrolet Impala that was believed to be involved in the October 11, 2019 armed robbery incident.

13.     On October 15, 2019, the search warrant for the 2007 Chevrolet Impala was executed at the secure BPD garage location. During the search, investigators recovered several unopened cellular phones and watches with what appeared to be Apple logos on them, a red sweatshirt, camouflaged-patterned bandana, a cellular phone with a green-blueish colored case, and a large black bag similar to the one observed on surveillance being used during the robbery. Inside the large black bag officers located a Kankakee County Case Ticket Reminder Card for case number 19CF368.

14.     Investigators queried Kankakee County CourtView for information on case number 19CF368 which revealed the Reminder Card was issued to ERIK C. THOMAS

(hereinafter referred to as "THOMAS") as a reminder for a court appearance on October 17, 2019.

15.    On November 4, 2019, a Cooperating Witness (CW) stated THOMAS picked the CW up at their house at approximately 1:00 p.m. on October 11, 2019. The CW entered a beige Ford SUV with THOMAS and two (2) other individuals the CW identified as "D-Boy" and THOMAS' brother. The CW knew THOMAS' brother as "Kylin or Kyler," that went by a different last name than THOMAS. The CW remembered "D-Boy" as having a deformity on his ear. After driving in the beige Ford SUV for a certain amount of time the CW remembered getting into a dark colored Impala with THOMAS and his brother later October 11, 2019. The CW identified THOMAS as the driver of the Impala and stated occupants of the Impala maintained contact with the beige Ford SUV by occasionally driving the Impala to the Ford SUV's location on Signature Street. The CW stated THOMAS drove in circles in the early afternoon on October 11, 2019 and THOMAS parked the Impala in the parking lot of the Buffalo Wild Wings located across from the T-Mobile store. The occupants remained in the vehicle for an extended period of time.

16.    After some time had passed, THOMAS and his brother exited the Impala, placed hoods over their heads, and entered the T-Mobile store. The CW drove the vehicle around the back of the store and waited as instructed. After a while, THOMAS and his brother exited the back door of the T-Mobile store setting off an alarm. THOMAS and his brother then approached and entered the dark Impala and as THOMAS entered the vehicle THOMAS told the CW something to the effect of "don't look" and "plans changed." THOMAS pointed what the CW believed to be a firearm at him/her and

THOMAS instructed the CW to drive the vehicle. The CW recalled seeing a large black bag in the back seat of the Impala as it left the T-Mobile parking lot.

17.     Shortly after leaving the T-Mobile parking lot, the dark Impala was seen by law enforcement which then started to pursue the vehicle. The CW remembered the brakes of the Impala failing and the vehicle crashing during the police pursuit. The CW remembered THOMAS instructing the occupants to run and leaving the scene of the vehicle crash.

18.     At the conclusion of the November 4, 2019 interview, law enforcement provided FBI agents with printouts for three (3) individuals: THOMAS, KYLER C. SAULSBERRY (hereinafter referred to as "SAULSBERRY"), and DARIUS A. DAVIS (hereinafter referred to as "DAVIS"). Law enforcement knew SAULSBERRY to be the brother of THOMAS and DAVIS to be known as "D-Boy." Investigators verified a deformity of DAVIS' ear as well.

19.     On February 10, 2020, investigators interviewed DR, the registered owner of the vehicle involved in the October 11, 2019 robbery. DR stated he/she attended a house party in the country around Kankakee, Illinois on October 10, 2019. DR stated while at the party an individual approached DR and offered to pay DR $600 United States Currency (USC) in order to use DR's car on October 11, 2019. The individual never explained to DR why the individual needed to use the car. The individual and DR agreed that the individual would pay $300 USC when they took possession of the car from DR and an additional $300 USC when the individual returned the car to DR. DR provided the individual his/her address. DR described the individual as a light-skinned black

male, approximately 5'11" tall, black hair, a small afro hairstyle, and possibly a goatee. DR was provided a picture of THOMAS with no identifying information visible to which DR stated THOMAS was not the individual that approached him/her at the party. DR was then provided a picture of SAULSBERRY with no identifying information visible to which DR positively identified SAULSBERRY as the individual that approached him/her at the October 10, 2019 house party.

20. On January 17, 2020, investigators obtained a DNA sample from THOMAS pursuant to a federal search warrant issued in the United States District Court for the Central District of Illinois. After obtaining a known standard from THOMAS, investigators submitted items of evidence to the FBI laboratory for DNA analysis. Two of the items submitted to the laboratory for testing were a red hooded sweatshirt as well as a gray hooded sweatshirt which were recovered pursuant to a state search warrant issued for the contents of the dark Chevrolet Impala that crashed on October 11, 2019.

21. In July 2020, investigators were provided a laboratory report for the DNA analysis of the items of evidence. The laboratory report indicated there was very strong support for the inclusion of THOMAS as a contributor for DNA on the red hooded sweatshirt. The laboratory report indicated DNA profiles from four (4) males were obtained from the gray hooded sweatshirt.

22. In May 2021, investigators received a Combined DNA Index System (CODIS) notification. The laboratory report provided indicated there was an association between DNA profiles recovered from the red hooded sweatshirt and the gray hooded sweatshirt recovered on from the wrecked Chevrolet Impala and evidence submitted by

the Wisconsin State Crime Laboratory Bureau. Investigators were provided the contact information for the detective assigned the Wisconsin investigation.

23.     After contacting the Wisconsin investigator, FBI agents learned that on August 24, 2020, personnel from multiple law enforcement agencies were assigned to various roles to address looting and burglaries occurring during a period of civil unrest in Kenosha, Wisconsin. During the early hours of August 25, 2020, law enforcement observed four (4) black males attempting to place an ATM machine into the rear of a black Volkswagen, bearing Illinois registration "CC96383" behind the PLS Check Cashing Store located at 6001 22nd Ave., Kenosha, Wisconsin. Law enforcement noted the windows of the business had been broken out and people were occupying the building. As law enforcement approached the Volkswagen, all parties near the vehicle fled the area. Law enforcement secured the scene and contacted Kenosha detectives to process the scene and take possession of any evidence gained from the search.

24.     Kenosha investigators took possession of the ATM and secured it in the Kenosha Public Safety Building where it could be safely processed. Upon processing the evidence, investigators observed a dark red stain on top of the ATM which appeared to be blood. Investigators obtained samples from multiple stains and submitted the evidence to the Wisconsin State Crime Laboratory. One (1) sample obtained from the ATM which was submitted by Wisconsin investigators for testing was linked to THOMAS, as well as the red hooded sweatshirt. A second sample obtained from the ATM which was submitted by Wisconsin investigators for testing was linked to the gray

hooded sweatshirt recovered in the search of the dark Chevrolet Impala on October 15, 2019 after the October 11, 2019 robbery in Kankakee, Illinois.

25.     A review of databases conducted by investigators indicated a 2013 Volkswagen bearing Illinois registration "CC96383" was registered to THOMAS at the address of 675 E Broadview Dr., Kankakee, Illinois 60901. Investigators noted the registration date for THOMAS' registration was July 9, 2020 with an expiration of July 31, 2021.

## FORENSIC PROCESS

26.     As detailed above, items recovered from the suspect will be transferred to the FBI Laboratory in Quantico, Virginia, for forensic analysis. Based on my training and experience, as well as information relayed to me by other law enforcement personnel, I am aware that as part of the forensic analysis process it is necessary to obtain comparative samples of hair and DNA for identification and/or exclusionary purposes. As such, it is necessary to obtain hair and DNA samples from KYLER C. SAULSBERRY for comparison to collected DNA samples from the recovered gray hooded sweatshirt.

27.     The hair samples will be obtained through the removal of hair from several locations from the head of KYLER C. SAULSBERRY. The DNA sample will be obtained through buccal swabs of KYLER C. SAULSBERRY for saliva and epithelial cells.

## APPLICATION

28.     Based on the foregoing, I believe there is probable cause to search the

person of KYLER C. SAULSBERRY for the collection of DNA and hair / hair follicle

samples, creating a known profile for the suspect, KYLER C. SAULSBERRY. Forensic

analysis of the known DNA and hair / hair follicle samples of KYLER C. SAULSBERRY

will be used to compare with the results obtained by the forensic science laboratory or

other forensic laboratories associated with the investigation involved in the examination

of the aforementioned items of evidence used in the commission of an offense in

violation of Title 18, United States Code, § 1951.

s/Ryan McElroy

Ryan A. McElroy
Special Agent
Federal Bureau of Investigation

Sworn to via telephone on ___11/17/2021___
s/Eric I. Long

Honorable Eric I. Long
United States Magistrate Judge
Central District of Illinois

**ATTACHMENT A**
PERSON TO BE SEARCHED

Name:          KYLER C. SAULSBERRY
DOB:           12/17/1995
Race:          Black
Sex:           Male
Height:        5'10"
Weight:        170
Hair:          Black
Eyes:          Brown
(Depicted Below)



## ATTACHMENT B

### PROPERTY TO BE SEIZED

1. Controlled sample of KYLER C. SAULSBERRY's saliva by way of a buccal swab inserted briefly just inside mouth and cheek area; and

2. Controlled sample of KYLER C. SAULSBERRY's hair and hair follicle by way of removing hairs from several locations for the head of KYLER C. SAULSBERRY.